United States District Court
Southern District of Texas

**ENTERED**

July 06, 2016

David J. Bradley, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-16-212 |
| | § | |
| | § | |
| | § | |
| RIDWAN OLAYINKA AJIBODE | § | |

### O R D E R

Defendant Ridwan Olayinka Ajibode  filed an unopposed  motion for continuance, (Docket

Entry No. 19).   The court finds that the interests of justice are served by granting this continuance

and that those interests outweigh the interests of the public and the defendant in a speedy trial. The

motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | August 1, 2016 |
| Responses are to be filed by: | August 15, 2016 |
| Pretrial conference is reset to**:** | **August 22, 2016  at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 29, 2016 at 9:00 a.m.** |

SIGNED on July 6, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge